PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey
## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: James Turner                                    Cr.: 98-00362-001

Name of Sentencing Judicial Officer: Maryanne Trump Barry

Date of Original Sentence: 01-25-99

Original Offense: Possession of a Weapon by a Convicted Felon

Original Sentence: 90 months imprisonment; 3 years of TSR

Type of Supervision: Supervised release                  Date Supervision Commenced: 08-06-05

Assistant U.S. Attorney: Carolyn Murray          Defense Attorney: Tonianne Bongiovanni, AFPD

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number        Nature of Noncompliance

1                       The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'

                        On March 23, 2006, this office received a flash notice advising that the offender had been arrested on March 22, 2006, in Irvington, New Jersey for Possession of Heroin (30 bags), Possession of Heroin with Intent to Distribute, Possession of Heroin within 1000 feet of Chancellor Avenue School, Distribution of Heroin, Distribution of Heroin within 1000 feet of Chancellor Avenue School. This case has been transferred to Essex County Superior Court, Newark, New Jersey. No date has been set for his next hearing. The offender is presently incarcerated at the Essex County Jail. The offender's bail has been set at $100,000 with no 10% option.

2                       The offender has violated the supervision condition which states '**You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.**'

                        The offender has yet to call the probation office to notify of his recent arrest in Irvington, New Jersey.

PROB 12C - Page 2
James Turner

I declare under penalty of perjury that the foregoing is true and correct.

By: Luis R. Gonzalez
Senior U.S. Probation Officer
Date: 03-28-06

---

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons.  Date of Hearing: _____
[ ] No Action
[ ] Other

Signature of Judicial Officer

4/4/06
Date